UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MDSAVE, INC. and MDSAVE SHARED SERVICES, INC. ) ) ) Plaintiffs, ) ) v. ) ) SESAME, INC., TRIPMENT, INC., and ) GREEN IMAGING, LLC, ) ) Defendants. ) | Case No. 6:21-cv-1338-ADA |

**AGREED NOTICE TO EXTEND TIME FOR
TRIPMENT TO RESPOND TO AMENDED COMPLAINT**

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiffs MD Save, Inc. and MDSave Shared Services, Inc. (collectively, "MDSave") hereby file this Agreed Notice to Extend Time for Defendant Tripment, Inc. ("Tripment") to answer or otherwise respond to MDSave's Amended Complaint, filed January 4, 2022 in the above-captioned matter, by thirty (30) days – to **February 26, 2022**.[1]

Counsel for MDSave conferred with counsel for Tripment, who have not yet retained counsel admitted to practice in this District. The reasons for this extension are to allow counsel for Tripment to retain appropriate counsel, investigate the allegations set forth in MDSave's Amended Complaint, and work with their client to consider an appropriate response. No party will be prejudiced by this brief extension.

---

[1] *See* Standing Order Governing Proceedings – Patent Case at 5 ("The Court is generally willing to extend the response to the Complaint up to 45 days if agreed by the parties.")

Dated: January 18, 2022                                     **WINSTON & STRAWN LLP**

*/s/ Dustin J. Edwards*
State Bar No. 24042335
800 Capitol Street
Suite 2400
Houston, TX 77002-2925
Telephone: 713-651-2600
Facsimile: 713-651-2700
Email: DEdwards@winston.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 18, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Dustin J. Edwards*
Dustin J. Edwards