# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

|  |  |
|---|---|
| **MDSAVE, INC. and MDSAVE SHARED SERVICES, INC.,** | |
| **Plaintiffs,** | **CIVIL NO.: 6:21-cv-01338 ADA** |
| **v.** | |
| **SESAME, INC., TRIPMENT, INC., and GREEN IMAGING, LLC,** | |
| **Defendants.** | |

## JOINT STIPULATION FOR EXTENSION OF DEFENDANT GREEN IMAGING, LLC'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Plaintiffs MDSave, Inc. and MDSave Shared Services, Inc. ("Plaintiffs") and Defendant Green Imaging, LLC. ("Green Imaging") respectfully submit this stipulation for an extension of Green Imaging's time to answer or otherwise respond to Plaintiffs' First Amended Complaint (Dkt. 4) and would respectfully show as follows:

1. The amended complaint was filed on January 4, 2022. (Dkt. 4). Green Imaging accepted service on January 7, 2022.

2. On January 19, 2022, the parties filed a Joint Notice Extending Green Imaging's Time To Respond to Plaintiffs' First Amended Complaint (Dkt. 23), based on which the Court reset Green Imaging's response deadline to March 8, 2022.

3. On March 4, 2022, the parties filed a Joint Notice Extending Green Imaging's Time To Respond to Plaintiffs' First Amended Complaint (Dkt. 49), based on which the Court reset Green Imaging's response deadline to April 8, 2022.

4. Since then, the parties have met and conferred regarding the possibility of settlement, including most recently, on April 4, and intend to confer again soon to continue their settlement discussions.

5. The party principals intend to discuss settlement within the next two weeks.

6. The reason for this extension is to allow the parties time to communicate and engage in further settlement discussions, which may in turn obviate the need for Green Imaging to respond to Plaintiffs' First Amended Complaint.

7. This extension is not for the purpose of delay, does not change the date of any hearing or final submission, and will not prejudice any party.

Accordingly, Plaintiffs and Green Imaging stipulate that Green Imaging's time to answer or otherwise respond to Plaintiffs' First Amended Complaint be extended to May 8, 2022.

Dated: April 6, 2022                                    Respectfully submitted,

**WINSTON & STRAWN LLP**                    **BLANK ROME LLP**

*/s/  Dustin J. Edwards*                                */s/ Russell T. Wong*
Dustin J. Edwards                                       Russell T. Wong
State Bar No. 24042335                             State Bar No. 21884235
800 Capitol Street                                     717 Texas Avenue, Suite 1400
Suite 2400                                                  Houston, TX 77002
Houston, TX 77002-2925                           Tel.: (713) 632-8634
Tel.: 713-651-2600                                    Fax: (713) 228-6605
Fax: 713-651-2700                                     Russell.Wong@blankrome.com
DEdwards@winston.com

*Counsel for Plaintiffs*                                *Counsel for Defendant Green Imaging, LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

Pursuant to Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on April 6, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Russell T. Wong*

Russell T. Wong